NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


JUSTIN FORD, )
a/k/a JUSTIN ARNULFO FORD, )
    )
    Appellant, )
    )
v. ) Case No. 2D18-794
    )
STATE OF FLORIDA, )
    )
    Appellee. )
_____ )

Opinion filed July 11, 2018.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for Lee
County; Margaret O. Steinbeck, Judge.


PER CURIAM.


      Affirmed.


VILLANTI, MORRIS, and LUCAS, JJ., Concur.